UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LANDRY DIXON                                                          CIVIL ACTION

VERSUS                                                                NO. 21-1924

US BANK, *et al.*                                                     SECTION M (3)

### ORDER

Before the Court is plaintiff Landry Dixon's motion for leave to file a motion for preliminary injunction.[1] Dixon, proceeding *pro se*, seeks an injunction directing the defendants to both refrain from, and engage in, a variety of financial acts, all of which are ostensibly related to the checking and savings accounts Dixon allegedly holds at U.S. Bank National Association ("U.S. Bank").[2] Dixon's instant request for injunctive relief appears to be related to the complaint he filed on November 10, 2021.[3] On March 30, 2022, defendant U.S. Bank filed a motion to dismiss, under Rules 8, 9(b), 12(b)(5), and 12(b)(6) of the Federal Rules of Civil Procedure for failure to plead a claim, failure to plead fraud with specificity, and improper service on the individual defendants.[4] Dixon failed to file any opposition. On April 28, 2022, the Court granted the motion, dismissing Dixon's claims without prejudice,[5] and entered judgment in favor of defendants on May 11, 2022.[6] In granting the motion to dismiss, the Court noted that Dixon's complaint failed to comply with Rules 8(a) and 9(b) of the Federal Rules of Civil Procedure.[7]

Nevertheless, Dixon now seeks leave to file a motion for preliminary injunction in the same case, despite the dismissal of his claims and the termination of the case. "As an injunction

---

[1] R. Doc. 17.
[2] *Id.* at 7.
[3] R. Doc. 3.
[4] R. Doc. 11.
[5] R. Doc. 12.
[6] R. Doc. 13.
[7] R. Doc. 12 at 1.

is a remedy that must be supported by an underlying cause of action," the previous dismissal of Dixon's claims necessitates the dismissal of his present request for injunctive relief. *Crook v. Galaviz*, 616 F. App'x 747, 753 (5th Cir. 2015). Accordingly,

IT IS ORDERED that Dixon's motion for leave to file motion for preliminary injunction (R. Doc. 17) is DENIED.

New Orleans, Louisiana, this 4th day of November, 2022.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　BARRY W. ASHE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE